Douglas L. Gordon #163992
Aida S. Macedo #294632
MILES SEARS & EANNI
2844 Fresno St.
Fresno, CA 93721
(559) 486-5200
(559) 486-5240 – fax

*Attorneys for* Plaintiff LUIS ALBERTO MENDEZ JIMENEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ALBERTO MENDEZ JIMENEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, COUNTY OF SACRAMENTO; and DOES 1-20, Inclusive,<br><br>  Defendants. | Case No.: 2:18-CV-00044-JAM-KJN<br>Case No.: 2:17-CV-01914-JAM-KJN<br><br>**STIPULATION FOR CONSOLIDATION OF CASES 2:18-CV-00044-JAM-KJN AND 2:17-CV-01914-JAM-KJN**<br><br>**1. STIPULATION AND ORDER CONSOLIDATING CASES FOR ALL PURPOSES** |
| LUIS ALBERTO MENDEZ JIMENEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF CALIFORNIA; BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, DAVIS MEDICAL CENTER; and DOES 1-20, Inclusive,<br><br>  Defendants. | |

Plaintiff LUIS ALBERTO MENDEZ JIMENEZ; Defendant UNITED STATES OF AMERICA; Defendant COUNTY OF SACRAMENTO; Defendant UNIVERSITY OF CALIFORNIA REGENTS by and through their respective counsel, hereby

stipulate and agree as follows, and request that this Court order as follows:

 IT IS HEREBY AGREED AND STIPULATED THAT:

 1. Pursuant to FRCP 42(a) the above captioned matters involve common questions of law and fact and consolidating the actions would avoid unnecessary costs, delays, and advance the interests of judicial economy;

 2. The above-captioned actions are hereby consolidated for all purposes into one actions and will be referenced as Case number: 2:18-CV-00044-JAM-KJN.

Dated: March 14, 2018   **MILES, SEARS & EANNI**

/s/Aida S. Macedo
Aida S. Macedo
Attorneys for Plaintiffs

Dated: March 14, 2018   **UNITED STATES ATTORNEY'S OFFICE**

/s/Joseph B. Frueh
(As authorized on 03/13/2018)
Joseph B. Frueh
Attorneys for Defendant USA

Dated: March 14, 2018   **LONGYEAR, O'DEA & LAVRA, LLP**

/s/Nicole M. Cahill
(As authorized on 03/13/2018)
Nicole M. Cahill
Attorneys for Defendant COUNTY OF SACRAMENTO

Dated: March 14, 2018   **WILKE FLEURY HOFFELT GOULD & BIRNEY**

/s/Neal Lutterman
(As authorized on 03/13/2018)
Neal Lutterman
Attorneys for Defendant UNIVERSITY OF CALIFORNIA REGENTS

**ORDER**

The above stipulation having been considered and good cause appearing therefore, **IT IS SO ORDERED**.

Dated: 3/14/2018          /s/ John A. Mendez
                          The Honorable John A. Mendez
                          UNITED STATES DISTRICT COURT JUDGE