Douglas L. Gordon #163992
Aida S. Macedo #294632
MILES SEARS & EANNI
2844 Fresno St.
Fresno, CA 93721
(559) 486-5200
(559) 486-5240 - fax

Attorneys for Plaintiff LUIS ALBERTO MENDEZ JIMENEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO MENDEZ JIMENEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SACRAMENTO; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-20, Inclusive,<br><br>　　　　　　Defendants. | Case No.: **2:18-CV-00044-JAM-KJN**<br><br>**ORDER RE STIPULATION GRANTING LEAVE FOR PLAINTIFF TO FILE CONSOLIDATED COMPLAINT**<br><br>1.　**Federal Rule of Civil Procedure 15(a)(2)** |

**ORDER**

**IT IS SO ORDERED** THAT THE PARTIES' STIPULATION concurrently filed hereby becomes final and that the Consolidated Complaint is deemed filed with the signing of this ORDER.

DATED: May 9, 2018

_____
JUDGE OF THE UNITED STATES DISTRICT
COURT, EASTERN DISTRICT OF CALIFORNIA