| | |
|---|---|
| **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>NEAL C. LUTTERMAN (SBN 174681)<br>nlutterman@wilkefleury.com<br>BIANCA S. SAMUEL (SBN 278231)<br>bsamuel@wilkefleury.com<br>400 Capitol Mall, Twenty-Second Floor<br>Sacramento, California 95814<br>Telephone: (916) 441-2430<br>Facsimile: (916) 442-6664<br>Attorneys for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; GREGORY SOKOLOV, M.D.; DANIELLE DASS, LCSW; CHARLENE WILLIAMS, N.P.; and ANDREA JAVIST | **LAW OFFICES OF MILES, SEARS & EANNI**<br>**A PROFESSIONAL CORPORATION**<br>DOUGLAS L. GORDON, ESQ. (SBN 163992)<br>MEGAN K. CROSBIE, ESQ. (SBN 285865)<br>2844 FRESNO STREET<br>P.O. BOX 1432<br>FRESNO, CALIFORNIA 93716<br>Telephone: (559) 486-5200<br>Attorneys for Plaintiff<br>Luis Alberto Mendez Jimenez |

**LONGYEAR, O'DEA & LAVRA, LLP**
VAN LONGYEAR (SBN 84189)
NICOLE M. CAHILL (SBN 287165)
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants
COUNTY OF SACRAMENTO, DEPUTY TINLEY SEITZ, DEPUTY ALEXANDER EGENBERGER and DEPUTY JORDAN LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LUIS ALBERTO MENDEZ JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; GREGORY SOKOLOV, M.D.; DANIELLE DASS, LCSW; CHARLENE WILLIAMS, N.P.; ANDREA JAVIST; DEPUTY SHERIFF TINELEY SIETZ; DEPUTY SHERIFF ALEXANDER EGENBERGER; DEPUTY SHERIFF JORDAN LEE; and Does 1-20, Inclusive,<br><br>Defendants. | Case No. 2:18-cv-00044-JAM-KJN<br><br>**STIPULATION AND ORDER RE: EXTENSION OF EXPERT DISCOVERY DEADLINES**<br><br>Complaint filed: January 09, 2018<br>Trial Date: February 03, 2020 |

/ / /

/ / /

STIPULATION AND ORDER RE: EXTENSION OF EXPERT DISCOVERY DEADLINES         2:18-cv-00044-JAM-KJN

**IT IS HEREBY STIPULATED BY THE PARTIES TO ACTION NO. 2:18-CV-00044-JAM-KJN AS FOLLOWS:**

On January 9, 2018, plaintiff Luis Alberto Mendez Jimenez filed the instant action against defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; GREGORY SOKOLOV, M.D.; DANIELLE DASS, LCSW; CHARLENE WILLIAMS, N.P.; ANDREA JAVIST; COUNTY OF SACRAMENTO, DEPUTY TINLEY SEITZ, DEPUTY ALEXANDER EGENBERGER and DEPUTY JORDAN LEE (hereafter, collectively referred to as "defendants");

On June 14, 2018, the court filed its Status (Pretrial Scheduling) Order setting forth all the operative dates governing scheduling of events in this case. In its order, the court ordered expert disclosures under Federal Rule of Civil Procedure 26(a)(2) to take place by June 28, 2019. Supplemental disclosures and disclosure of rebuttal experts under Federal Rule of Civil Procedure 26(a)(2)(c) were to be made by July 12, 2019. The court further ordered that all discovery, including all depositions, be completed by August 30, 2019; and

The parties to this action have been working diligently to complete discovery but it has come to light that it will be difficult, if not impossible, to complete (1) an independent medical examination ("IME") of plaintiff LUIS ALBERTO MENDEZ JIMENEZ, (2) the disclosure of expert reports, and (3) the depositions of experts by the above dates.

Given the foregoing, the parties have met and conferred and hereby stipulate to an extension of the expert discovery deadlines as follows:

1. Extend expert disclosure from June 28, 2019 to July 19, 2019; and

2. Extend supplemental expert and rebuttal expert disclosure date from July 12, 2019 to August 2, 2019.

All other discovery deadlines, including the current August 30, 2019 discovery cutoff date, the law and motion dates, and the February 3, 2020 trial date shall remain in effect.

///
///
///
///

It is here by stipulated by and between the parties through their respective counsel of record that the expert discovery deadlines may be extended as set forth above, subject to approval of the court.

DATED: June 7, 2019     **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**

By:    /s/ *Bianca S. Samuel*
BIANCA S. SAMUEL
NEAL C. LUTTERMAN
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; GREGORY SOKOLOV, M.D.; DANIELLE DASS, LCSW; CHARLENE WILLIAMS, N.P.; and ANDREA JAVIST

DATED: June 7, 2019     **LAW OFFICES OF MILES, SEARS & EANNI A PROFESSIONAL CORPORATION**

By:    /s/ *Douglas L. Gordon*
DOUGLAS L. GORDON
MEGAN K. CROSBIE
Attorneys for Plaintiff
Luis Alberto Mendez Jimenez

DATED: June 7, 2019     **LONGYEAR, O'DEA & LAVRA, LLP**

By:    /s/ *Nicole M. Cahill*
VAN LONGYEAR
NICOLE M. CAHILL
Attorneys for Defendants
COUNTY OF SACRAMENTO, DEPUTY TINLEY SEITZ, DEPUTY ALEXANDER EGENBERGER and DEPUTY JORDAN LEE

# **ATTESTATION REGARDING SIGNATURES**

I, Bianca S. Samuel, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorize the filing.

Date: June 7, 2019                             /s/ Bianca S. Samuel
                                               Bianca S. Samuel

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER RE: EXTENSION OF EXPERT DISCOVERY DEADLINES     -4-     2:18-cv-00044-JAM-KJN

## ORDER OF RE: EXTENSION OF EXPERT DISCOVERY DEADLINES

Based upon the foregoing Stipulation of the parties and good cause appearing, it is hereby ordered that:

1. Expert disclosures are now due on July 19, 2019;

2. Supplemental expert and rebuttal expert disclosures are now due on August 2, 2019;

3. All other discovery deadlines and all law and motion and trial dates established previously by the court's pretrial Scheduling Order dated June 14, 2019 shall remain in effect.

Date: June 10, 2019
/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge