1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO MENDEZ JIMINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:18-cv-0044-JAM-KJN<br><br><u>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR LEAVE TO TAKE DEPOSITIONS</u><br><br>(ECF No. 23) |

On August 1, 2019, the court entertained oral argument regarding plaintiff's motion for leave to take two depositions (plaintiff has deposed seventeen non–expert witnesses to date). (ECF No. 23) At the hearing, attorney Douglas Gordon appeared on behalf of plaintiff, attorney Nicole Cahill appeared on behalf of County defendants, and attorney Spencer Turpen appeared on behalf of the Regents defendants.

After carefully considering the written briefing, the oral argument, and the applicable law, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to take the deposition of Lt. Todd Thiessen (ECF No. 23) is DENIED;

2. Plaintiff's motion for leave to take the deposition of Dr. Bruce Gage (ECF No. 23) is GRANTED; and

3. As discussed by the parties and the court, plaintiffs are to bear the full cost of Dr.

Gage's deposition, including any time Dr. Gage bills for preparing or reviewing his testimony.

**SO ORDERED.**

Dated: August 2, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dated:

mend.44

2